IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA HAYES                                                                                              PLAINTIFF

v.                                              No. 2:16-CV-02237

THE CITY OF GRANNIS, ARKANSAS;
GRANNIS COMMUNITY WORKS AND
IMPROVEMENTS, INC.; TYSON POULTRY, INC.;
MICHAEL SALINAS, In His Individual and
Official Capacities; DWIGHT BILLINGS,
In His Individual and Official Capacities;
DONNIE APPLE, In His Official Capacity;
CHRIS FRACHISEUR, In His Official Capacity;
JIMMY HUNTER, In His Official Capacity;
RICK KESTERSON, In His Official Capacity; and
DEBORAH MELTON, In her Official Capacity                                      DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' joint motion to dismiss. (Doc. 48).

It appearing that the parties are in agreement, IT IS THEREFORE ORDERED that the parties' joint motion is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 25th day of August, 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE